Irena Leigh Norton – Bar No. 167017
Samuel J. Romero – Bar No. 232824
**SHULMAN HODGES & BASTIAN LLP**
3750 University Avenue, Ste. 670
Riverside, CA 92501
Telephone: (951) 275-9300
Facsimile: (951) 275-9303
Email: INorton@shbllp.com

Counsel for Plaintiff, Trakloc North America, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAKLOC NORTH AMERICA, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHEASTERN METAL, INC., a Delaware corporation, ON THE RIGHT TRACK, LLC, a New York limited liability company, TRAKLOC SOUTHEAST, INC., a Delaware corporation and DOES 1 – 100, inclusive, <br><br> Defendants. | Case No.  SA CV 09-00040 JVS (RNBx) <br><br> **JUDGMENT** |
| ON THE RIGHT TRACK, LLC, a New York limited liability company; PART 47, Inc, a New York corporation; and TRAKLOC AMERICA, LLC, a Nevada limited liability company, <br><br> Counterclaimants, <br><br> vs. <br><br> TRAKLOC NORTH AMERICA, LLC, a Delaware limited liability company; and DAVID JABLOW, an individual, <br><br> Counterdefendants. | |

SHULMAN HODGES & BASTIAN LLP
3750 University Avenue
Suite 670
Riverside, CA 92501

**JUDGMENT**

3963-001\O:\ECF Ready\Trakloc v Southeastern Metal - Proposed Judgment.doc

1    On June 2, 2009, this Honorable Court **GRANTED** plaintiff Trakloc North America (TLNA)'s Motion for Default Judgment as to Defendants Southeastern Metal, Inc. (SEM) and Trakloc Southeast, Inc. (TSE).

On November 6, 2009, this Honorable Court **GRANTED** TLNA's Motion for Default Judgment as to Defendant On the Right Track, LLC (OTRT).  On that same date, the Court **GRANTED** TLNA's Motion for Involuntary Dismissal of the First Amended Counterclaim of OTRT, Part 47, Inc. and Trakloc America, LLC.

In reliance upon these rulings, and the Court's consideration of the evidence and argument submitted in support thereof, the **COURT NOW ORDERS JUDGMENT** in favor of TLNA, and against Defendants SEM, TSE and OTRT, as follows:

1. any rights Defendants SEM, TSE and OTRT may have had with respect to the Trakloc System, Trakloc Patents, and the TRAKLOC mark as set forth in the Complaint are hereby terminated;

2. any further use, sale or manufacture of the Trakloc System by Defendants SEM, TSE and/or OTRT shall constitute infringement of TLNA's exclusive rights in the Trakloc Patents and TRAKLOC mark;

3. Defendants SEM and OTRT have materially breached the Master Area Licensing Agreements (MALAS) and TLNA is due a total amount of $3,290,126.56, in royalties and interest, with interest accruing daily in the amount $740.49 from May 1, 2009 to the date of entry of judgment, against SEM and OTRT, jointly and severally, for their material breach of the MALAS;

4. TLNA is entitled to statutory damages of $100,000 for Trakloc product sold improperly bearing the Trakloc Mark, against SEM, TSE and OTRT, jointly and severally; and

SHULMAN HODGES &
BASTIAN LLP
3750 University Avenue
Suite 670
Riverside, CA 92501

3963-001\O:\ECF Ready\Trakloc v Southeastern Metal - Proposed Judgment.doc

**JUDGMENT**

5.    TLNA is entitled to statutory damages of $50,000 for use of the traklocse.com domain name, against SEM and TSE, jointly and severally;

6.    The court awards attorneys fees of $16,386.38 and $465 in costs against SEM, severally only.

7.    The court awards attorneys fees of $37,635.13 and $167.28 in costs against defendant OTRT, severally only.

The Court further orders judgment in favor of TLNA and against Counterclaimants OTRT, Part 47, Inc., and Trakloc America, LLC, and dismisses the First Amended Counterclaim **WITH PREJUDICE**.

**THEREFORE**, TLNA is hereby awarded Judgment against SEM and TSE, jointly and severally, in the amount $150,000.  TLNA is awarded Judgment against SEM, severally only, in the amount of $3,290,126.56, plus prejudgment interest thereon in the daily amount of $740.49 from May 1, 2009 to the date of entry reflected hereon; and post judgment interest on the entire sum pursuant to applicable law; and attorneys' fees and costs in the amount of $16,851.38.

**FURTHER**, TLNA is hereby awarded judgment against OTRT, jointly and severally with SEM and TSE, in the amount $100,000, and jointly and severally with SEM in the amount of $3,290,126.56, plus prejudgment interest thereon in the daily amount of $740.49 from May 1, 2009 to the date of entry reflected hereon; and post judgment interest on the entire sum pursuant to applicable law.

**FURTHER**, TLNA is hereby awarded judgment against OTRT, severally only, in the amount $37,802.41, and post judgment interest thereon pursuant to applicable law.

Dated: November 17, 2009

James V. Selna
United States District Judge

SHULMAN HODGES &
BASTIAN LLP
3750 University Avenue
Suite 670
Riverside, CA 92501

3963-001\O:\ECF Ready\Trakloc v Southeastern Metal - Proposed Judgment.doc

**JUDGMENT**